*Ernest B. Miller, Jos. I. McMullen,* and *Wm. Burnet Wright* for petitioners.

No. —, original. Ex parte Di Pippa. January 8, 1934. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Rocco Di Pippa, pro se.*

No. —, original. Principality of Monaco *v.* Mississippi. January 8, 1934. A rule is ordered to issue, returnable on Monday, February 5 next, requiring the defendant to show cause why the motion for leave to file the declaration herein should not be granted.

No. 19, original. Ex parte Baldwin et al. January 8, 1934. Return to rule to show cause presented.

No. 184. First Union Trust & Savings Bank, Trustee, *v.* Consumers Co. et al. See same case, *ante,* p. 585.

No. 88. United States *v.* Murdock. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for the United States. *Messrs. Edmund Burke* and *Harold J. Bandy* for respondent.

No. 241. Snyder *v.* Massachusetts. October 9, 1933. Petition for writ of certiorari to the Superior Court in and